UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPRAYFISH INC.,<br><br>Plaintiff(s),<br>v.<br><br>TOTAL FINISHING SOLUTIONS LLC,<br><br>Defendant(s). | CASE NO. C26-1267-KKE<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO AMEND COMPLAINT |

This matter comes before the Court on Defendants' stipulated motion for an extension of time to respond to Plaintiff's motion for leave to file a second amended complaint. Dkt. No. 19. The Court, having reviewed the motion and the record, and being duly advised, hereby ORDERS as follows:

1. The stipulated motion for an extension of time is GRANTED.

2. Defendants' deadline to file a response to the motion for leave to file a second amended complaint (Dkt. No. 18) is extended from September 9, 2026, to September 23, 2026.

3. No further extensions will be granted absent a showing of good cause.

The Clerk is directed to RENOTE Plaintiff's motion for leave to file a second amended complaint (Dkt. No. 18) to September 30, 2026.

IT IS SO ORDERED.

Dated this 9th day of September, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge