UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPRAYFISH INC., Plaintiff(s), v. TOTAL FINISHING SOLUTIONS LLC, Defendant(s). | CASE NO. C26-1267-KKE<br><br>DISMISSAL ORDER |

The parties have notified the Court that they have settled the case. Dkt. No. 23. As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED with prejudice. The trial date and pretrial deadlines previously set (Dkt. No. 17) are hereby VACATED and the pending motion for leave to file a second amended complaint (Dkt. No. 18) is hereby TERMINATED.

Dated this 4th day of November, 2026.

Kymberly K. Evanson
United States District Judge